**George LEDESMA, Petitioner–Appellee,**

v.

**John MARSHALL, Respondent–Appellant.**

No. 09–16671.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 5, 2011.*

Filed Jan. 20, 2012.

Roger Sandberg Hanson, Esquire, Santa Ana, CA, for Petitioner–Appellee.

---

* The panel unanimously concludes that this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

648

Maria G. Chan, Deputy Attorney General, Office of the California Attorney General, Sacramento, CA, for Respondent–Appellant.

Before: SCHROEDER, O'SCANNLAIN, and BERZON, Circuit Judges.

## MEMORANDUM **

Warden John Marshall contends that the district court erred when it granted George Ledesma's petition for a writ of habeas corpus under 28 U.S.C. § 2254(d). We agree. When he was denied parole in November 2006, Ledesma received all process that was due to him. *See Swarthout v. Cooke,* —— U.S. ——, 131 S.Ct. 859, 862–63, 178 L.Ed.2d 732 (2011) (per curiam). *Swarthout*—decided while this appeal was pending—makes clear that federal habeas relief is not available based on the misapplication of California's "some evidence" rule of judicial review. *See id.* at 861–63.

We direct the district court to enter judgment for Marshall and to deny Ledesma's habeas petition.

REVERSED and REMANDED.

.

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.